# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDO GARCIA, | NO. CV 12-9466-SJO (MAN) |
|     Petitioner, | |
|     v. | JUDGMENT |
| G.J. JANDA, | |
|     Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 6, 2013.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE